```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 14157
   CLINTINA TAYLOR
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-4855


----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/31/06 and confirmed on 02/27/07.

   2.  The case was dismissed after confirmation, 10/26/2007.

   3.  The Debtor paid a total of $   2876.00 .

   4.  The Trustee made disbursements to creditors as follows:


----------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
----------------------------------------------------------------------
AMERICAS SERVICING CO    CURRENT MORTG           .00           .00           .00
AMERICAS SERVICING CO    MORTGAGE ARRE       2168.13           .00       2168.13
MONTEREY VILLAGE 1 CONDO SECURED            1909.48           .00        371.28
MONTEREY VILLAGE HOA     SECURED            1066.56           .00        207.41
ILLINOIS DEPT REVENUE    PRIORITY           1959.03           .00           .00
ARROW FINANCIAL SERVICES UNSECURED         NOT FILED          .00           .00
ACC INTERNATIONAL        UNSECURED         NOT FILED          .00           .00
PENNA HIGHER ED ASSIST A UNSECURED         NOT FILED          .00           .00
ALLIED INTERSTATE        UNSECURED         NOT FILED          .00           .00
AMERICAN COLLECTION      UNSECURED         NOT FILED          .00           .00
ECMC                     UNSECURED           8068.00          .00           .00
ASSET ACCEPTANCE CORP    UNSECURED            300.24          .00           .00
BMG MUSIC SERVICE        UNSECURED         NOT FILED          .00           .00
CAVALRY SPV II LLC       UNSECURED            997.31          .00           .00
SONIC PAYDAY             UNSECURED         NOT FILED          .00           .00
CREDIT PROTECTION ASSOC  UNSECURED         NOT FILED          .00           .00
FIRST PREMIER BANK       UNSECURED         NOT FILED          .00           .00
GENERAL REVENUE CORP     UNSECURED         NOT FILED          .00           .00
GOVERNORS STATE UNIVERSI UNSECURED           1602.00          .00           .00
HARVARD COLLECTION SERVI UNSECURED         NOT FILED          .00           .00
----------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
----------------------------------------------------------------------
HSBC                     UNSECURED         NOT FILED          .00           .00
ILLINOIS COLLECTION SERV UNSECURED         NOT FILED          .00           .00
ILLINOIS COLLECTION SERV UNSECURED         NOT FILED          .00           .00
ILL DEPT OF EMPLOYMENT S UNSECURED           4458.17          .00           .00
MCI                      UNSECURED         NOT FILED          .00           .00
MILLIKEN UNIVERSITY      UNSECURED         NOT FILED          .00           .00
NATIONWIDE CREDIT        UNSECURED         NOT FILED          .00           .00
```

| | | | | |
|---|---|---|---|---|
| NICOR GAS | UNSECURED | 1425.97 | .00 | .00 |
| OMNI CREDIT SVCS OF SE F | UNSECURED | NOT FILED | .00 | .00 |
| MTE FINANCIAL SRVS | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY SELECT | UNSECURED | NOT FILED | .00 | .00 |
| QUIK PAYDAY.COM | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE SERVICING COR | UNSECURED | 15993.45 | .00 | .00 |
| T MOBILE USA | UNSECURED | 345.10 | .00 | .00 |
| VARTECH TELECOM INC | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL IN | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | 17296.69 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 509.28 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 5144.17 | 1959.03 | 50996.21 | .00 | 58099.41 |
| PRINCIPAL PAID | 2746.82 | .00 | .00 | .00 | 2746.82 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 2746.82 | .00 | .00 | .00 | 2746.82 |

The Debtor's attorney, LEEDERS & ASSOC LTD , was allowed $ 3000.00 and was paid $ 646.00 direct and $ .00 through the plan.

The Trustee received $ 129.18 .

Refunds to the Debtor totaled $ .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 12/10/08

/S/
GLENN STEARNS
CHAPTER 13 TRUSTEE