UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
CLINTINA TAYLOR

CASE NO. 06 B 14157

CHAPTER 13

JUDGE: BRUCE W BLACK

Debtor  
SSN XXX-XX-4855

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/31/06 and confirmed on 02/27/07.

2. The case was dismissed after confirmation, 10/26/2007.

3. The Debtor paid a total of $ 2876.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | 2168.13 | .00 | 2168.13 |
| MONTEREY VILLAGE 1 CONDO | SECURED | 1909.48 | .00 | 371.28 |
| MONTEREY VILLAGE HOA | SECURED | 1066.56 | .00 | 207.41 |
| ILLINOIS DEPT REVENUE | PRIORITY | 1959.03 | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ACC INTERNATIONAL | UNSECURED | NOT FILED | .00 | .00 |
| PENNA HIGHER ED ASSIST A | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| ECMC | UNSECURED | 8068.00 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 300.24 | .00 | .00 |
| BMG MUSIC SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY SPV II LLC | UNSECURED | 997.31 | .00 | .00 |
| SONIC PAYDAY | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| GENERAL REVENUE CORP | UNSECURED | NOT FILED | .00 | .00 |
| GOVERNORS STATE UNIVERSI | UNSECURED | 1602.00 | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| ILL DEPT OF EMPLOYMENT S | UNSECURED | 4458.17 | .00 | .00 |
| MCI | UNSECURED | NOT FILED | .00 | .00 |
| MILLIKEN UNIVERSITY | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE CREDIT | UNSECURED | NOT FILED | .00 | .00 |

```
NICOR GAS                      UNSECURED       1425.97          .00          .00
OMNI CREDIT SVCS OF SE F       UNSECURED      NOT FILED         .00          .00
MTE FINANCIAL SRVS             UNSECURED      NOT FILED         .00          .00
PAYDAY SELECT                  UNSECURED      NOT FILED         .00          .00
QUIK PAYDAY.COM                UNSECURED      NOT FILED         .00          .00
SALLIE MAE SERVICING COR       UNSECURED      15993.45          .00          .00
T MOBILE USA                   UNSECURED        345.10          .00          .00
VARTECH TELECOM INC            UNSECURED      NOT FILED         .00          .00
WELLS FARGO FINANCIAL IN       UNSECURED      NOT FILED         .00          .00
ILLINOIS STUDENT ASSIST        UNSECURED      17296.69          .00          .00
ILLINOIS DEPT REVENUE          UNSECURED        509.28          .00          .00
        Summary of disbursements:
------------------------------------------------------------------------------
                       SECURED     PRIORITY    UNSECURED      OTHER       TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     5144.17     1959.03     50996.21         .00    58099.41
PRINCIPAL PAID         2746.82          .00          .00        .00     2746.82
INTEREST PAID               .00          .00          .00        .00          .00
TOTAL PAID             2746.82          .00          .00        .00     2746.82
```

The Debtor's attorney, LEEDERS & ASSOC LTD          , was allowed $   3000.00
and was paid $    646.00  direct and $       .00  through the plan.

The Trustee received $    129.18 .

Refunds to the Debtor totaled $      .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 02/14/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE



                                PAGE   2
           CASE NO. 06 B 14157 CLINTINA TAYLOR